ABIGAIL ELIZABETH LADNER
611 S DEERFIELD DRIVE
CANTON, MS 39046

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CITIBANK
ATTN: BANKRUPTCY DEPT
P.O.BOX 790046
ST. LOUIS, MO 63179

FLORIDA INTERNATIONAL
11200 SW 8TH ST
SASC 101
MIAMI, FL 33199

KEESLER FCU
ATTN: BANKRUPTCY DEPT
P.O.BOX 7001
BILOXI, MS 39531

NELNET
PO BOX 82561
LINCOLN, NE 68501

NELNET
P.O. BOX 82561
LINCOLN, NE 68501

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480