Certificate Number: 17082-MSS-DE-040924315

Bankruptcy Case Number: 26-00756



17082-MSS-DE-040924315

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2026, at 5:28 o'clock AM MST, ABIGAIL E LADNER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 1, 2026                    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director